In the Matter of DOUGAL HERR, an attorney and counsellor at law.

Argued September 5, 1956.

For the order: *Mr. James A. Major.*

For the respondent: *Mr. Edward R. McGlynn.*

October 4, 1956. Name of respondent stricken from the roll of attorneys and counsellors at law. Opinion reported at 22 *N. J.* 276.